UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN LYNCH MURRAY,

    Plaintiff,

v.

    Case No. 6:24-CV-00006-CEM-LHP

JANELLE IRWIN TAYLOR, ET AL,

    Defendants.

_____/

## PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT

COMES NOW the undersigned Plaintiff STEPHEN LYNCH MURRAY pursuant to Rule 55 of the Federal Rules of Civil Procedure with this Application for a Default Judgment against all Defendants JANELLE IRWIN TAYLOR, PETER D. SCHORSCH, and EXTENSIVE ENTERPRISES MEDIA, LLC. Plaintiff hereby requests injunctions against all Defendants speaking about Plaintiff, monetary and punitive damages totaling $1,400,000.00, and any other relief this Court may deem just and proper, and any hearings or further proceedings and subpoena of witnesses and discovery against all state actors and others necessary to effectuate these judgments, and as grounds states:

1. Plaintiff filed a Complaint with this Court on January 22, 2024 for monetary and injunctive relief against Defendants, for deprivation of Plaintiff's federal rights as state actors. This Complaint is within the statutory, geographic, and subject-matter

jurisdiction of this Court.

2. Plaintiff's Complaint was served on all Defendants on January 25th, 2024 as filed with this Court (ECF 5,6), and the service appears to be without defects to the publicly-recorded addresses of the Defendants or their legal agents.

3. A response was due by February 15, 2024. As of today February 16, 2024, Defendants have not responded or entered any appearance with this Court. None of Defendants is in the military or on active service, a minor or infant, or otherwise incompetent.

4. The facts are established in the Complaint and can easily be supported with discovery or hearing, that the deprivations occurred, and that all three of Defendants participated in the deprivations.

5. Plaintiff hereby incorporates his Complaint by reference and hereby swears as true all facts he represents in the Complaint that he firsthand witnessed (except paragraph 461, where Plaintiff misspoke to the extent it was actually an Okeechobee deputy who misled the Okeechobee court in the search warrant affidavit, which Okeechobee Judge White then foreclosed discovery of with her defamation dismissal).

6. The deprivations in the Complaint are of the most serious and material type for

which this Court and cause of action are established, to protect Plaintiff's First Amendment and criminal rights against violation by state-faction misconduct.

7. Such deprivations attack Plaintiff in a variety of his protected interests, including due process, political speech and association, housing, employment, and sexual privacy.

8. The nature of such misconduct protected by a web of deceit in state courts is designed to be difficult for indigent laymen such as Plaintiff to find relief for in federal courts, and therefore punitive damages as deterrent are appropriate.

9. Plaintiff has suffered cumulative damages from these deprivations for many years because of the malice, deceit, and evasion of Defendants, and the support they find from state officials. Such damages to Plaintiff continue to accrue every day. Therefore relief is urgent.

10. This Court has jurisdiction to provide such injunctive, monetary and punitive relief as requested, and to provide for any hearings and subpoena of witnesses and discovery if necessary, to establish these damages and remedies.

For these reasons, Plaintiff hereby requests an entry of default judgment against all Defendants, including the requested injunctive and monetary relief totaling $1,400,000.00, any other relief this Court may deem just and proper, and any hearings or further proceedings and subpoena of witnesses and discovery necessary to effectuate these judgments.

I, Stephen Lynch Murray, of lawful age, hereby swear and declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 by:

/s/Stephen Lynch Murray____

Stephen Murray
3541 US Hwy 441 S  Box 141
Okeechobee, FL 34974
stephenmurrayokeechobee@gmail.com
+1 305.306.7385

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2024, I filed this document PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT at the US District Court in Orlando, and mailed a paper copy of this document to Defendants and their agents at the following addresses:

Janelle Irwin Taylor
6739 110th St
Seminole, FL 33772

Peter D. Schorsch
5733 Bayou Grande Blvd NE
Saint Petersburg, FL 33703

Peter D. Schorsch, Manager
Extensive Enterprises Media, LLC
204 37th Ave N, #182
Saint Petersburg, FL 33704

/s/Stephen Lynch Murray