FEB 16 2024 PM3:15
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN LYNCH MURRAY,

      Plaintiff,

v.

                                        Case No. 6:24-CV-00006-CEM-LHP

JANELLE IRWIN TAYLOR, ET AL,

      Defendants.

_____/

### PLAINTIFF'S APPLICATION FOR A DEFAULT

COMES NOW the undersigned Plaintiff STEPHEN LYNCH MURRAY pursuant to Rule 55 of the Federal Rules of Civil Procedure with this Application for a Default against all Defendants JANELLE IRWIN TAYLOR, PETER D. SCHORSCH, and EXTENSIVE ENTERPRISES MEDIA, LLC, and as grounds states:

1. Plaintiff filed a Complaint with this Court on January 22, 2024 for monetary and injunctive relief against Defendants, for deprivation of Plaintiff's federal rights as state actors. This Complaint is within the statutory, geographic, and subject-matter jurisdiction of this Court.

2. Plaintiff's Complaint was served on all Defendants on January 25th, 2024 as filed with this Court (ECF 5,6), and the service appears to be without defects to the publicly-recorded addresses of the Defendants or their legal agents.

3. A response was due by February 15, 2024. As of today February 16, 2024, Defendants have not responded or entered any appearance with this Court. None of Defendants is in the military or on active service, a minor or infant, or otherwise incompetent.

4. The facts are established in the Complaint and can easily be supported with discovery or hearing, that the deprivations occurred, and that all three of Defendants participated in the deprivations.

For these reasons, Plaintiff hereby requests an entry of default against all Defendants.

I, Stephen Lynch Murray, of lawful age, hereby swear and declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024 by:

/s/ Stephen Lynch Murray_____

Stephen Murray
3541 US Hwy 441 S  Box 141
Okeechobee, FL 34974
stephenmurrayokeechobee@gmail.com
+1 305.306.7385

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2024, I filed this document PLAINTIFF'S APPLICATION FOR A DEFAULT at the US District Court in Orlando, and mailed a paper copy of this document to Defendants and their agents at the following addresses:


Janelle Irwin Taylor
6739 110th St
Seminole, FL 33772


Peter D. Schorsch
5733 Bayou Grande Blvd NE
Saint Petersburg, FL 33703


Peter D. Schorsch, Manager
Extensive Enterprises Media, LLC
204 37th Ave N, #182
Saint Petersburg, FL 33704


/s/Stephen Lynch Murray_____